UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY DEMOND KING, | Case No. 24-cv-02148-SI |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FIDELITY INVESTMENTS, | |
| Defendant. | |

This action has been dismissed without leave to amend for failure to state a claim. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 20, 2024

SUSAN ILLSTON
United States District Judge